UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EASLEY, ET AL. | CIVIL ACTION |
| VERSUS | 20-483-SDD-RLB |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY | |

### RULING

The Court has carefully considered the *Motion to Remand* [1] filed by Plaintiffs, the record, the law applicable to this action, and the *Report and Recommendations* [2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 4, 2020, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand* [3] is hereby DENIED.

Signed in Baton Rouge, Louisiana on December 14, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 9
[3] Rec. Doc. 4.